UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN SEALOCK, on behalf of himself, individually, and on behalf of all others similarly-situated,<br><br>                                        Plaintiff,<br><br>           - against -<br><br>COVANCE, INC.,<br><br>                                        Defendant. | Civil Action No.: 17-cv-5857 (JMF) |

## COURT AUTHORIZED NOTICE OF LAWSUIT

If you worked for Covance, Inc. ("Covance" or "Defendant") as a clinical research associate at any time between August 3, 2014 and the present, please read this Notice.

*Important: You are NOT being sued.  This Notice is NOT a solicitation from a lawyer. The Court authorized this Notice.*

- Plaintiff, John Sealock, is a former employee of Defendant, where he worked as a clinical research associate.

- Plaintiff brought this lawsuit against Defendant, on behalf of himself, and all other current and former clinical research associates, who worked for Defendant at any time between August 3, 2014 and the present.  Plaintiff claims that he worked in excess of forty hours per week and that Defendant did not pay him for all hours worked in excess of forty per week at the legal overtime rate, in violation of the Fair Labor Standards Act and New York law. Defendant denies any wrongdoing and maintains that it paid all of its employees in accordance with federal and New York law.

- The Court has authorized the parties to send out this Notice.  The Court has not decided who is right or who is wrong.  However, your legal rights may be affected, and you have a choice to make now.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT ||
|---|---|
| ASK TO BE INCLUDED | If you choose to be included in this collective action, you must complete the consent form at the end of this Notice.  You may then share in any proceeds from a settlement or judgment if those bringing the claims are successful, but you give up any rights to separately sue the Defendant for the same legal claims asserted in this lawsuit. |
| DO NOTHING | By doing nothing, you will not be included in this lawsuit. |

| 1. Why did I get this notice? |
|---|

You are getting this notice because Defendant's records show that you may have worked for Covance as a clinical research associates at some point between August 3, 2014 and the present.

| 2. What is a collective action and who is involved? |
|---|

In a collective action lawsuit, one or more persons can bring a lawsuit on behalf of others who have similar claims.  The individual who brought this lawsuit is called the Plaintiff.  The corporate entity that is being sued is called the Defendant.  One court resolves the issues for everyone who decides to join the case.

| 3. What is this collective action lawsuit about? |
|---|

Plaintiff alleges that Defendant's compensation practices violated federal and state law.  Plaintiff claims that he and others employed as clinical research associates are entitled to unpaid overtime wages, liquidated damages, attorneys' fees, and costs.

Defendant denies any wrongdoing and maintains that it paid all of its employees in accordance with federal and New York law.

| 4. What is the purpose and effect of this notice? |
|---|

This notice is for the sole purpose of determining those persons who wish to be involved in this case.

If you elect to join this case, you may share in any settlement or judgment if the Plaintiff is successful.  There are no assurances that any recovery will be awarded.

You should be aware that a claim under the FLSA must be brought within two years of the date the claim accrues, unless you can prove that your employer's violation was "willful," in which case the claim must be brought within three years.

| 5. How do I join this collective action lawsuit? |
|---|

To participate in this lawsuit, you need to fill out the enclosed form called "Consent to Join Lawsuit" and mail it in the enclosed, postage-paid envelope as directed below.  Your Consent to Join Lawsuit form will be filed with the Clerk of the Court on your behalf.  If you fail to mail a signed Consent to Join form to the Clerk of Court by [60 days from date of mailing], you may not be eligible to participate in the FLSA portion of this lawsuit.

If you wish to file a claim for unpaid overtime under the Fair Labor Standards Act, you must mail the enclosed Consent to Join form, postmarked by [60 days from date of mailing], to:

> Ruby J. Krajick
> Clerk of Court
> United States District Court
> Southern District of New York
> 500 Pearl Street
> New York, New York 10007
> Re: Sealock v. Covance, Inc.
> Case No.: 17-cv-5857

The signed Consent to Join form must be postmarked by [60 days from mailing of notice]. If your signed Consent to Join form is not postmarked by [60 days from mailing of notice], you may not be allowed to participate in this lawsuit.

### 6. If I choose to join this lawsuit, will I have to participate in any legal proceedings?

Most likely. If you choose to join this lawsuit, you may be required to provide information and answer questions relating to your employment with Covance. You may be required to testify at a deposition or at trial, respond to written questions, and produce documents relevant to the case. For this reason, if you join the lawsuit, you should preserve all documents relating to your employment with Covance that are currently in your possession. Plaintiff's attorneys will assist you with these requirements.

### 7. What happens if I do nothing at all?

You will not be included in this lawsuit and you will not be affected by any settlement or judgment rendered in this case, whether favorable or unfavorable. The limitations period on your claims continues to run.

### 8. Can I participate in this collective action lawsuit regardless of my immigration status?

Yes. You have a right to participate in this Lawsuit regardless of your immigration status.

### 9. If I join, will there be any impact on my employment?

No. Federal law prohibits Defendant from discharging or in any other manner retaliating against you because you join this case or have in any other way exercised your rights under federal law.

### 10. Do I have a lawyer in this case?

Plaintiff is represented by Borrelli & Associates, P.L.L.C. If you choose to join this Lawsuit, Borrelli & Associates, P.L.L.C. will represent you on a contingency fee basis, meaning that you will not owe any attorneys' fees unless Plaintiff is successful and wins the case or obtains a settlement, in which case the Court will determine the amount of attorney's fees to be paid.

You do not have to be represented by Borrelli & Associates, P.L.L.C. and may instead hire another attorney of your choosing, at your own expense, or represent yourself *pro se* without the assistance of a lawyer. If you intend to retain your own lawyer or to represent yourself, you

should indicate this on the "Consent to Join Lawsuit" form. If you send back your form but do not indicate that you intend to retain your own lawyer or to represent yourself, the Court will assume that you want Borrelli & Associates, P.L.L.C. to represent you.

### 11. This Notice has been authorized by the Court

This notice and its contents have been authorized by District Judge Jesse M. Furman of the United States District Court for the Southern District of New York, located in New York, New York. The Court has not yet ruled on whether Plaintiff's claims or Defendant's defenses have any merit.

**PLEASE DO NOT WRITE OR CALL THE COURT OR THE CLERK OF THE COURT ABOUT THIS NOTICE.**

Although the Court has approved the sending of this Notice, the Court expresses no opinion on the merits of the Lawsuit.

If you have any questions, you may contact Plaintiff's attorneys, Borrelli & Associates, P.L.L.C., by telephone at (516) 248-5550, or in writing at Borrelli & Associates, P.L.L.C., 1010 Northern Boulevard, Suite 328, Great Neck, New York 11021, or by email at mjb@employmentlawyernewyork.com.

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN SEALOCK, on behalf of himself, individually, and on behalf of all others similarly-situated,

                    Plaintiff,

- against -

COVANCE, INC.,

                    Defendant.

Civil Action No.: 17-cv-5857 (JMF)

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS LAWSUIT, PLEASE COMPLETE THESE TWO STEPS:

1. COMPLETE AND SIGN THIS CONSENT TO JOIN LAWSUIT FORM; AND

2. USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS BELOW NOT LATER THAN [60 DAYS FROM MAILING OF NOTICE].

Ruby J. Krajick
Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Re: Sealock v. Covance, Inc.
Case No.: 17-cv-5857

**I consent to join the collective action; and I elect to be represented by** *[choose ONE]:*

___ Borrelli & Associates, P.L.L.C. I authorize Plaintiff John Sealock and Borrelli & Associates, P.L.L.C. to act on my behalf in all matters relating to this action, including any settlement of my claim.

___ Another attorney of my choosing, who shall promptly file a notice of appearance on my behalf.

___ Myself *pro se* without the assistance of an attorney.

If you do not select any of the representation options above but send back your form to Borrelli & Associates, P.L.L.C., you will automatically be represented by Plaintiff's lawyers, Borrelli & Associates, P.L.L.C. Moreover, failure to select a representation option above will authorize John Sealock and Borrelli & Associates, P.L.L.C. to act on your behalf in all matters relating to this action, including any settlement of your claims.

You are permitted to proceed with alternative counsel of your own choosing at your own expense or to represent yourself *pro se* without the assistance of an attorney.

_____    _____
**SIGNATURE**    **PRINT NAME**

_____    _____
**Address**    **City, State, Zip Code**

_____    _____
**Telephone Number**    **Email Address**