```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/22/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOHN SEALOCK, *on behalf of himself, individually, and* :
*on behalf of all others similarly-situated*, :
: 17-CV-5857 (JMF)
Plaintiff, :
: ORDER
-v- :
:
COVANCE, INC., :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

In its Opinion and Order of May 18, 2018, the Court ordered: "Within fourteen days following the close of the opt-in period, Sealock's counsel will certify in writing to the Court that the terms of this Order have been adhered to and that the destruction of the data [pertaining to potential collective action members] is complete." (Docket No. 56, at 5). The opt-in period appears to have ended on August 6, 2018, (*see* Docket Nos. 61-67, 69-71, 73-76, 78-82, 85, 87-100), but no such certification has been filed. Sealock's counsel is directed to promptly comply with the Court's Order. Further, the parties are reminded that they shall submit to the Court within thirty days of the close of the opt-in period a joint letter indicating whether they would like the Court to refer the case to the assigned Magistrate Judge or Court mediation program for settlement purposes. (*See* Docket No. 60, at 5).

SO ORDERED.

Dated: August 22, 2018                    _____
       New York, New York                        JESSE M. FURMAN
                                                 United States District Judge