UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN SEALOCK, on behalf of herself, individually, and on behalf of all others similarly-situated,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>COVANCE, INC.,<br><br>　　　　　　　Defendant. | **Civil Action No.:**<br>**17-cv-5857 (JMF)** |

**ORDER GRANTING PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION OF A NATION-WIDE COLLECTIVE ACTION PURSUANT TO 29 U.S.C. 216(b)**

This matter having come before the Court on a Motion for Nation-wide Conditional Certification of a Collective Action and Leave to Distribute Notice Pursuant to 29 U.S.C.§ 216(b), and the Court having considered all papers filed and Defendant not filing opposition to the motion,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. Plaintiffs' Motion for Conditional Certification of a Nation-wide Collective Action is GRANTED pursuant to 29 U.S.C.§ 216(b), permitting Plaintiffs leave to send notice to putative members who worked for Defendant in all states, with the exception of those who were already sent notice in New York, Florida, North Carolina, Tennessee, and Washington D.C.;

2. Defendant shall, no later than January 11, 2019, produce a computer-readable data file containing all potential collective action members' names, last known mailing addresses, all last known home and mobile telephone numbers, last known email addresses, work locations, and dates of employment;

3. Plaintiffs shall send the proposed notice to the potential collective members according to the procedures provided for in Plaintiffs' motion within seven days following the receipt of the data file from Defendant, commencing a sixty-day opt-in period, and shall send a reminder notice within thirty days following the delivery of the notice;

4. Plaintiffs shall destroy all class data information within fourteen days following the close of the opt-in period and file a status report with the Court certifying compliance with the terms of this Order.

Plaintiff shall use the Proposed Notice and Consent Form filed at Docket No. 124-2 and the Proposed Reminder Notice filed at Docket No. 124-3.  The Court's order at Docket No. 122 is hereby VACATED.

SO ORDERED, on the __26th__ day of __December__, 2018, New York, New York:

_____
The Honorable Jesse M. Furman, U.S.D.J.