UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN SEALOCK, on behalf of himself, individually, and on behalf of all others similarly-situated,<br><br>          Plaintiff,<br><br>    - against -<br><br>COVANCE, INC.,<br><br>          Defendant. | Civil Action No.: 17-cv-5857 (JMF) |

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS LAWSUIT, PLEASE COMPLETE THESE <u>TWO STEPS</u>:

1. COMPLETE AND SIGN THIS CONSENT TO JOIN LAWSUIT FORM; <u>AND</u>

2. USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS BELOW NOT LATER THAN MARCH 18, 2019.

        Ruby J. Krajick
        Clerk of Court
      United States District Court
     Southern District of New York
        500 Pearl Street
      New York, New York 10007
     Re: Sealock v. Covance, Inc.
      Case No.: 17-cv-5857

**I consent to join the collective action; and I elect to be represented by *[choose ONE]*:**

| | |
|---|---|
| ___ Borrelli & Associates, P.L.L.C. I authorize Plaintiff John Sealock and Borrelli & Associates, P.L.L.C. to act on my behalf in all matters relating to this action, including any settlement of my claim. | ___ Another attorney of my choosing, who shall promptly file a notice of appearance on my behalf.<br><br>___ Myself *pro se* without the assistance of an attorney. |

If you do not select any of the representation options above but send back your form to Borrelli & Associates, P.L.L.C., you will automatically be represented by Plaintiff's lawyers, Borrelli & Associates, P.L.L.C. Moreover, failure to select a representation option above will authorize John Sealock and Borrelli & Associates, P.L.L.C. to act on your behalf in all matters relating to this action, including any settlement of your claims.

You are permitted to proceed with alternative counsel of your own choosing at your own expense or to represent yourself *pro se* without the assistance of an attorney.

*Stephen DiLeo*
**SIGNATURE**

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Address**

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Telephone Number**

Stephen DiLeo
**PRINT NAME**

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**City, State, Zip Code**

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Email Address**