UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOHN SEALOCK, *on behalf of himself, individually, and* :
*on behalf of all others similarly-situated*, et al., :
: 17-CV-5857 (JMF)
Plaintiffs, :
: ORDER
:
-v- :
:
COVANCE, INC., :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On January 29, 2019, Vicky Thomas filed a consent form with the Court. *See* Docket No. 151. On February 19, 2019, Thomas refiled the consent form and letter with this Court, stating that she was "rescinding [her] consent to participate" in this lawsuit. *See* Docket No. 188. Accordingly, Thomas's consent is hereby deemed rescinded.

The Clerk of Court is directed to note this rescission on the docket entry for Thomas's original consent form at Docket No. 151. *See, e.g.*, Docket No. 149. The Clerk of Court is also directed to mail a copy of this Order to Thomas and to note service on the docket, but to do so without posting the redacted address used for the mailing.

SO ORDERED.

Dated: February 22, 2019
New York, New York                                    _____
                                                                  JESSE M. FURMAN
                                                                  United States District Judge