# Exhibit 1

| | |
|---|---|
| **From:** | Jeffrey R. Maguire |
| **To:** | "Srivastava, Nidhi"; Konkel, Mark; Hamar, Diana R.; "Steiner, Robert" |
| **Cc:** | "Patrick Keegan" |
| **Subject:** | Sealock v. Covance, Inc. |
| **Date:** | Monday, February 11, 2019 1:22:40 PM |
| **Attachments:** | image001.png |
| | image002.png |

Mark/Diana:

Do you have time for a call this week to discuss discovery of the opt-ins?  I wanted to first discuss timing for the responses.  I do not have contact yet with many of these opt-ins so we need to discuss a realistic timeline.  Relatedly, I want to discuss representational discovery.  It is my position that written discovery on each opt-in is unduly burdensome, especially considering that the information sought is substantially already in Covance's possession.  Scott v. Chipotle Mexican Grill, Inc., 300 F.R.D. 188, 193 (S.D.N.Y. 2014)

Please let me know when you are available for a call.

Best Regards,

Jeffrey R. Maguire, Esq.
Senior Counsel
Borrelli & Associates, P.L.L.C.
910 Franklin Avenue, Suite 200
Garden City, New York 11530
Tel. No. (516) 248-5550
Fax No. (516) 248-6027
---------------------------------------
655 Third Avenue, Suite 1821
New York, New York 10017
Tel. No. (212) 679-5000
Fax No. (212) 679-5005

www.employmentlawyernewyork.com
JRM@employmentlawyernewyork.com



<image001.png>



Note:  The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege.  This e-mail message may not be forwarded without the prior written

consent of Borrelli & Associates, P.L.L.C.  If the reader of this message is not the intended recipient, you are hereby notified  that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited.  If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media.  Thank you.